JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ERNEST CHARLES BARRECA, AKA RICK BARRECA, an individual,<br><br>Debtor.<br><br>GERSON AND GERTRUDE FOX,<br><br>Appellant,<br><br>vs.<br><br>ERNEST CHARLES BARRECA, aka RICK BARRECA,<br><br>Appellee. | District Court Case Number 2:18-cv-07847-ODW<br><br>Chapter 7<br><br>Bankruptcy Court Case Number 1:15-bk-20466-VK; 1:15-ap-01083-VK<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL** |

1 | The Court having considered the Stipulation for Dismissal of Appeal filed in
2 | this action (ECF No. 17), and good cause appearing therefor,
3 | IT IS HEREBY ORDERED THAT:
4 | 1. The Stipulation is APPROVED.
5 | 2. The appeal is hereby **DISMISSED WITH PREJUDICE**.
6 | **IT IS SO ORDERED.**
7 | DATED: March 4, 2019

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT COURT JUDGE